*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.                                                   CASE NO.:    3:09CR2-D-A

BOBBY B. DeLAUGHTER

---

**TAKE NOTICE** that a proceeding in this case has been for the place, date, and time set forth below:

---

**Place**
U. S. POST OFFICE & FEDERAL BUILDING
ABERDEEN, MS

**Room No.**
COURTROOM NO. 2

**Date and Time**
FRIDAY, NOVEMBER 13, 2009, 1:30 P.M.

---

**Type of Proceeding**

**SENTENCING AS TO COUNT 5
BEFORE SENIOR JUDGE GLEN H. DAVIDSON
USING TELEPHONE INTERPRETER PROGRAM**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

---

DAVID CREWS, Clerk of Court

_____/s/ Raye Long_____
(BY) Raye Long - Courtroom Deputy

Date:  October 27, 2009

By NEF To:

| | |
|---|---|
| Robert H. Norman, AUSA | U. S. Probation Service |
| Curtis Ivy, Jr., AUSA | |
| William Chadwick Lamar, AUSA | U. S. Marshal |
| | |
| Hon. John D Cline | Court Reporter |
| Hon. Thomas Anthony Durkin | |
| Hon. Lawrence L. Little | |

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**